IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03037-CBS

NICK RAUL MEDINA,

     Plaintiff,

v.

P.O. JULIE DAVID, and
P.O. GENIE CANNAHAN,

     Defendants.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Orders entered during the course of proceedings in this case, the following FINAL JUDGMENT is hereby entered.

I.  PURSUANT to and in accordance with the Memorandum Opinion and Order entered by the Honorable Craig B. Shaffer on January 8, 2016, incorporated herein by reference, it is

ORDERED that Defendants' "Motion to Dismiss or Alternatively for Summary Judgment" (filed May 18, 2015) (Doc. # 36) is GRANTED and this civil action is dismissed for lack of subject matter jurisdiction over Plaintiff's claim for money damages against Defendants in their official capacities and for failure to state a claim to which relief can be granted.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants, P.O. Julie David and P.O. Genie Cannahan,  and against Plaintiff, Nick Raul Medina.  It is

FURTHER ORDERED that each party shall bear his/her own costs and fees.

DATED at Denver, Colorado this __8th__ day of January, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/N. Marble
N. Marble,
Deputy Clerk